IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00024-BNB

LORRAINE S. CISNEROS,

    Plaintiff,

v.

SGT. MINJAREZ,
CAPT. FLIER,
C/M RUDE BACA,
LT. HUGH BANKS, and
THERAPEUTIC COMMUNITY PROGRAM,

    Defendants.

---

ORDER OF DISMISSAL

---

    Plaintiff, Lorraine S. Cisneros, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the correctional facility in La Vista, Colorado. Ms. Cisneros filed *pro se* an amended prisoner complaint (ECF No. 2) pursuant to 42 U.S.C. § 1983 for money damages. On January 18, 2012, Magistrate Judge Boyd N. Boland entered an order (ECF No. 5) granting her leave to proceed pursuant to 28 U.S.C. § 1915, and directing her, within thirty days, either to pay a $3.00 initial partial filing fee or to show cause why she has no assets and no means by which to pay the designated initial partial filing fee. The January 18 order informed Ms. Cisneros that, in order to show cause, she must file a certified copy of her trust fund account statement.

On January 30, 2012, Ms. Cisneros filed a "Motion to File Without Payment of Filing Fee" (ECF No. 6) that did not comply with the January 18 order.  Therefore, on January 31, 2012, Magistrate Judge Boland entered a minute order (ECF No. 7) denying the "Motion to File Without Payment of Filing Fee," informing her that she failed to comply with the January 18 order by either paying the $3.00 initial partial filing fee or showing cause as directed why she is unable to do so, and allowing her up to and including February 14, 2012, to comply with the January 18 order.

Ms. Cisneros has failed, within the time allowed, to pay the initial partial filing fee, show cause as directed why she is unable to do so, or otherwise communicate with the Court in any way.  Therefore, the amended complaint and the action will be dismissed.

Finally, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Ms. Cisneros files a notice of appeal she also must pay the full $455.00 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

ORDERED that the amended complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Lorraine S. Cisneros, to comply with the directives of the order of January 18, 2012, and for her failure to prosecute.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.

DATED at Denver, Colorado, this  21st  day of    February   , 2012.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court